

ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/9/2025 1:56 PM
CHRISTOPHER A. PRINE
CLERK

816 Congress Avenue, Suite 1900
Austin, Texas 78701
512.322.5800
512.472.0532 f
lglawfirm.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/9/2025 1:56:39 PM
CHRISTOPHER A. PRINE
Clerk

Ms. Smith's Direct Line: (512) 322-5820
Email: gsmith@lglawfirm.com

October 9, 2025

***Via e-filing***

Mr. Christopher A. Prine, Clerk
Court of Appeals
Fifteenth District of Texas
300 W. 15th Street, Suite 607
Austin, Texas 78701

>      Re:    Court of Appeals No.:        15-25-00027-CV
>             Trial Court Case No.:        D-1-GN-24-006854
>
>             Nicholas Kreines, David P. Ryan, Liberty Mineral Partners LLC, NAK
>             Resources, Inc., and CGR Oil and Gas, LLC
>             v. ES3 Minerals, LLC

Dear Mr. Prine:

I am in receipt of your letter dated September 30, 2025 advising that this case has been scheduled for oral argument before the Court on October 30, 2025, commencing at 1:30 p.m. Please accept this letter as notice of my intention to argue the case on behalf of Appellants before the Court as scheduled.

In the interim, please let me know if I need to provide any additional information in regard to the upcoming oral argument.

>      Sincerely,
>
>      */s/ Gabrielle C. Smith*
>      Gabrielle C. Smith

GCS/cad
cc:    All counsel of record (via efile)

Lloyd Gosselink Rochelle & Townsend, P.C.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Gabrielle Smith
Bar No. 24093172
cdaniels@lglawfirm.com
Envelope ID: 106658235
Filing Code Description: Letter
Filing Description: Letter from Attorney Gabrielle Smith regarding Oral Argument
Status as of 10/9/2025 2:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kaycie Martinez | | kcmartinez@dgclaw.com | 10/9/2025 1:56:39 PM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 10/9/2025 1:56:39 PM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 10/9/2025 1:56:39 PM | SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 10/9/2025 1:56:39 PM | SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 10/9/2025 1:56:39 PM | SENT |
| Tori B.Bell | | tori@boulettegolden.com | 10/9/2025 1:56:39 PM | SENT |
| Steven Garrett | | steven@boulettegolden.com | 10/9/2025 1:56:39 PM | SENT |
| Ryan Clinton | | rdclinton@dgclaw.com | 10/9/2025 1:56:39 PM | ERROR |
| Laine Weatherford Schmelzer | | lwschmelzer@dgclaw.com | 10/9/2025 1:56:39 PM | ERROR |